KC FILED
DEC 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **07CR 0852** |
| v. ) | |
| ) | Violation: Title 18, United States Code, |
| ROLANDO SHACKELFORD ) | Section 1029(a)(3) **JUDGE CASTILLO** |

**MAGISTRATE JUDGE ASHMAN**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about December 19, 2002, at Midlothian, in the Northern District of Illinois, Eastern Division,

ROLANDO SHACKELFORD,

defendant herein, knowingly and with intent to defraud, possessed fifteen or more unauthorized access devices, namely, credit card account numbers that were stolen and obtained with intent to defraud, thereby affecting interstate commerce;

In violation of Title 18, United States Code, Section 1029(a)(3).

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982.

2. As a result of the violations of Title 18, United States Code, Section 1029, as alleged in the foregoing Indictment,

ROLANDO SHACKELFORD,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982: (1) any and all right, title, and interest defendant may have in any property, real and personal, which constitutes and is derived from, proceeds obtained directly or indirectly from fraud and related activity in connection with access devices, which property is subject to forfeiture pursuant to Title 18, United States Code, Section 982; and (2) any and all right, title, and interest defendant may have in any property, real or personal, used or intended to be used to commit, to facilitate, or to promote the commission of the offenses alleged in this Indictment, which property is subject to forfeiture pursuant to Title 18, United States Code, Section 1029(c)(1) and (2).

3. The interests of defendant ROLANDO SHACKELFORD subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 982, include, but are not limited to: all property that was used to further the fraud and related activity in connection with access devices, including but not limited to, one black Compaq desktop computer bearing serial number Y44DYNRE;

All pursuant to Title 18, United States Code, Section 1029(c)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY