

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**KC FILED DEC 19 2007**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **JUDGE CASTILLO       MAGISTRATE JUDGE ASHMAN**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **07CR 0852**

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............... (II)            ☐ Income Tax Fraud ............ (II)        ☐ DAPCA Controlled Substances .... (III)
   ☐ Criminal Antitrust (II)                  ☐ Postal Fraud ............ (II)           ☐ Miscellaneous General Offenses .... (IV)
   ☐ Bank robbery ............ (II)           ☐ Other Fraud ............ (III)           ☐ Immigration Laws ............... (IV)
   ☐ Post Office Robbery ...... (II)          ☐ Auto Theft ............ (IV)             ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery .......... (II)            ☐ Transporting Forged Securities .. (III)  ☐ Food & Drug Laws ............... (IV)
   ☐ Assault ................ (III)           ☐ Forgery ............ (III)               ☐ Motor Carrier Act ............... (IV)
   ☐ Burglary ............ (IV)               ☐ Counterfeiting ............ (III)        ☐ Selective Service Act ............ (IV)
   ☐ Larceny and Theft ....... (IV)           ☐ Sex Offenses ............ (II)           ☐ Obscene Mail ............... (III)
   ☐ Postal Embezzlement ...... (IV)          ☐ DAPCA Marijuana ............ (III)       ☒ Other Federal Statutes ............ (III)
   ☐ Other Embezzlement ..... (III)           ☐ DAPCA Narcotics ............ (III)       ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.

   Title United States Code Section.

   18 U.S.C. § 1029

   _____
   Assistant United States Attorney

(Revised 12/99)