97 GJ 9279   KC

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE CASTILLO** | Sitting Judge if Other Than Assigned Judge | **MAGISTRATE JUDGE ASHMAN** |
|---|---|---|---|
| CASE NUMBER | **07 CR 0852** | DATE | DECEMBER 19, 2007 |
| CASE TITLE | US v. ROLANDO SHACKELFORD | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

SPECIAL MARCH 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Sidney I. Schenkier_

Docket Entry:

TO SET PRELIMINARY BAIL AT $4500.00 UNSECURED.

KC **FILED**
DEC 19 2007
DEC 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                   UNDER SEAL)

| | | | |
|---|---|---|---|
| ☐ No notices required, advised in open court. | | | Number of notices |  DOCKET# |
| ☐ No notices required. | | | Date docketed | |
| ☐ Notices mailed by judge's staff. | | | Docketing dpty. initials | |
| ☐ Notified counsel by telephone. | | | | |
| ☐ Docketing to mail notices | | | Date mailed notice | |
| ☐ Mail AO 450 form. | | | | |
| ☐ Copy to judge/magistrate judge. | | | Mailing dpty. initials | |
| Courtroom Deputy Initials | | Date/time received in Central Clerk's office | | |