# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 852 | **DATE** | 12/27/2007 |
| **CASE TITLE** |  | USA vs. Rolando Shackelford | |

**DOCKET ENTRY TEXT**

Arraignment and plea hearing held on 12/27/2007. Defendant appeared, waived formal reading of the indictment, and entered a plea of not guilty. Rule 16.1 conference to be held on or before 1/10/2007. Any pretrial motions should be filed on or before 1/24/2007. Status hearing set for 1/30/2007 at 9:30 a.m. From today's date until 1/30/2007 is excluded pursuant to 18 U.S.C. 3161(h)(8)(A)(B) and 18 U.S.C. 3161(h)(1)(F). (X-T and X-E).

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | RO |
|---|---|---|