IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 07 CR 0852 |
| | ) | Judge Castillo |
| ROLANDO SHACKELFD | ) | |
| | ) | |
| | ) | |

### NOTICE OF FILING AND PROOF OF SERVICE

TO: Tyler C. Murray
    219 S. Dearborn St.
    Chicago, IL. 60604

PLEASE TAKE NOTICE that on March 6, 2008 I shall file the attached : Defendants Motion To Suppress Evidence.

### PROOF OF SERVICE

    The undersigned, an attorney, certifies that he served this Notice and the attached Motion on the above named at the above address by electronic delivery on this 6th day of March, 2008

Michael A. Johnson
415 N. LaSalle Street, Suite 502
Chicago, IL. 60610