## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                            Case No.: 1:07−cr−00852

                                                            Honorable Ruben Castillo

Rolando Shackelford

                       Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Ruben Castillo as to defendant Rolando Shackelford :Suppression hearing reset to 6/30/2008 at 11:00 AM. Suppression hearing set for 6/12/2008 is vacated. From today's date until 6/30/2008 is excluded pursuant to 18 U.S.C. 3161(h)(8)(A)(B). Mailed notice (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.