# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                    Case No.: 1:07−cr−00852
                                                          Honorable Ruben Castillo

Rolando Shackelford

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2008:

     MINUTE entry before the Honorable Ruben Castillo as to defendant Rolando Shackelford :Parties oral request to reset the suppression hearing is granted. Suppression hearing reset to 10/2/2008 at 12:30 PM. From 8/19/2008 until 10/2/2008 is excluded pursuant to 18 U.S.C. 3161(h)(2) and 18 U.S.C. 3161(h)(8)(A)(B). Mailed notice (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.